```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A03-0021--CV (RRB)
                  "MICHAEL L. WALKER V CITY OF WASILLA, ET AL"

           Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 01/23/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    42 USC 1983
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 01/23/03 receipt # 00119568
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WALKER, MICHAEL L. | Phillip Paul Weidner<br>Weidner & Associates Inc<br>330 L Street, Suite 200<br>Anchorage, AK 99501<br>907-276-1200<br>FAX 907-278-6571 |
| DEF 1.1 | [T] ALASKA, STATE OF | David H. Knapp<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5190 |
| DEF 2.1 | [T] ALASKA, STATE OF, DEPT OF PUBLIC SAFETY | No counsel found for this party! |
| DEF 3.1 | [T] ALASKA STATE TROOPERS | No counsel found for this party! |
| DEF 4.1 | WASILLA, CITY OF | David H. Knapp<br>(see above) |
| DEF 5.1 | WASILLA POLICE DEPT | David H. Knapp<br>(see above) |
| DEF 6.1 | SONERHOLM, DOUGLAS D. | David H. Knapp<br>(see above) |
| DEF 7.1 | COX, GARY | David H. Knapp<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0021--CV (RRB)
              "MICHAEL L. WALKER V CITY OF WASILLA, ET AL"

                        For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/23/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    42 USC 1983
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 01/23/03 receipt # 00119568
          Trial by: Jury


 Document #   Filed      Docket text

     1 -  1  01/23/03   Complaint filed; Summons issued.

     2 -  1  01/23/03   PLF 1 Jury Demand.

     3 -  1  03/26/03   RRB Minute Order re: plf is required to take action as to failure to
                        serve.  Plf to file proofs of service on defs already served.  cc: cnsl

     4 -  1  04/21/03   RRB Minute Order re: plf required to take action as to dismissal for
                        failure to serve (Warning).  Any def as to whom proof of service is not
                        on file by 120 days from the filng of the complaint will be dismissed
                        purusant to Rule 4(m), FRCP.  cc: cnsl

     5 -  1  04/22/03   DEF 1 Attorney Appearance of David H. Knapp.

     6 -  1  04/22/03   DEF 1 Stipulation to extend time for sixty days for all defendants to
                        respond to plaintiff's complaint.

     6 -  2  04/24/03   RRB Order granting stipulation to extend time for sixty days for all
                        defendants to respond to complaint (6-1). cc: cnsl

     7 -  1  05/21/03   PLF 1 Return of Service Executed re:DEF 5 on 4/4/3.

     8 -  1  05/21/03   PLF 1 Return of Service Executed re: DEF 4 on 4/4/03.

     9 -  1  05/21/03   PLF 1 Return of Service Executed re: DEF 6 on 4/4/03.

    10 -  1  05/21/03   PLF 1 Return of Service Executed re:DEF 7 & N. Gordon (office of atty
                        general); Gregg D. Renkes on 4/8/03.

    11 -  1  05/21/03   PLF 1 Return of Service Executed re:DEF 1 (N. Gordon 4/4/03) & G. Renkes
                        4/8/03).

    12 -  1  05/21/03   PLF 1 Return of Service Executed re: DEF 3 (G. Renkes 4/2/03;N. Gordon
                        4/4/03;Director's Office 4/4/03).

    13 -  1  05/21/03   PLF 1 Return of Service Executed re: DEF 2 (G. Renkes 4/6/03; N. Gordon
                        4/4/03; Bill Tandeske 4/8/03).
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0021--CV (RRB)
"MICHAEL L. WALKER V CITY OF WASILLA, ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 05/22/03 | PLF 1 Return of Service Executed re: DEF 6 on 5/14/03. |
| 15 - 1 | 05/22/03 | PLF 1 Return of Service Executed re: DEF 7 on 5/14/03. |
| 16 - 1 | 05/22/03 | PLF 1 Affidavit as to service of process on defs. |
| 17 - 1 | 06/25/03 | RRB Minute Order plf is required to take action as to case not at issue. Plf to require and answer or apply for default w/in 20 days.   cc: cnsl |
| 18 - 1 | 06/25/03 | PLF 1; DEF 1 Stip for 42-day ext to 8/1/03 for defs to answer complaint |
| 18 - 2 | 06/30/03 | RRB Order granting stipulation for 42-day ext to 8/1/03 for defs to answer complaint (18-1).  cc: cnsl |
| 19 - 1 | 07/30/03 | PLF 1 Stipulation for extension of time until 9/1/03 for defendants to respond/answer plaintiff's complaint. |
| 20 - 1 | 07/30/03 | RRB Order granting stipulation for extension of time until 9/1/03 for defendants to answer the complaint (19-1).  cc: cnsl |
| 21 - 1 | 08/28/03 | Stipulation to extend time until 10/2/03 to file a response to plaintiff's complaint. |
| 22 - 1 | 09/02/03 | RRB Order granting stipulation to extend time until 10/2/03 to file a response to plaintiff's complaint (21-1).  cc: cnsl |
| 23 - 1 | 10/01/03 | PLF 1 Stipulation to extend time until 11/2/03 for the defendants' to answer  complaint. |
| 23 - 2 | 10/06/03 | RRB Order granting stip to extend time until 11/2/03 for the defs' to ans (23-1). cc: cnsl |
| 24 - 1 | 10/31/03 | PLF 1 Stipulation to extend time until 12/2/03 to answer complaint. |
| 24 - 2 | 11/03/03 | RRB Order granting stipulation to extend time until 12/2/03 to answer complaint (24-1).  cc: cnsl |
| 25 - 1 | 11/26/03 | PLF 1 Stipulation to extend time until 12/16/03 to respond to plaintiff's Complaint. |
| 25 - 2 | 12/02/03 | RRB Order granting stipulation to extend time until 12/16/03 to answer to plaintiff's Complaint (25-1).  cc: cnsl |
| 26 - 1 | 12/16/03 | PLF 1; DEF 1 Stipulation to extend time until 1/10/04 to respond to complaint. |
| 26 - 2 | 12/17/03 | RRB Order granting stipulation to extend time until 1/10/04 to respond to complaint (26-1).  cc: cnsl |
| 27 - 1 | 01/12/04 | PLF 1 Stipulation for ext of time until 1/19/04 for defs to respond to plain tiff's complaint. |
| 27 - 2 | 01/13/04 | Order granting stipulation for ext of time until 1/19/04 for defs to respond to plaintiff's complaint (27-1).  cc: cnsl |
| 28 - 1 | 01/16/04 | DEF 1-3 Stipulation to dismiss State of Alaska defendants.  State of Alaska, Department of Public Safety, Alaska State Troopers.  Each side |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0021--CV (RRB)
                            "MICHAEL L. WALKER V CITY OF WASILLA, ET AL"
```

|  | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
|  |  | will bear its own costs and attorneys fees.  The dismissal is without prejudice.  cc: cnsl |
| 28 - 2 | 01/20/04 | RRB Order granting stipulation to dismiss State of Alaska defendants. State of Alaska, Department of Public Safety & Alaska State Troopers (28-1).  cc: cnsl |
| 29 - 1 | 01/20/04 | DEF 1 Attorney Appearance of David N. Knapp (AAG-200). |
| 30 - 1 | 01/20/04 | DEF 4-5 Attorney Appearance of David N. Knapp (AAG-200). |
| 31 - 1 | 01/20/04 | DEF 6 Attorney Appearance of David N. Knapp (AAG-200). |
| 32 - 1 | 01/20/04 | DEF 7 Attorney Appearance of David N. Knapp (AAG-200). |
| 33 - 1 | 01/20/04 | DEF 4-5 Answer to Complaint. |
| 34 - 1 | 01/20/04 | DEF 6 Answer to Complaint. |
| 35 - 1 | 01/20/04 | DEF 7 Answer to Complaint. |
| 36 - 1 | 01/22/04 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this order. cc: cnsl |
| 37 - 1 | 02/19/04 | PLF 1; DEF 4-7 Scheduling and Planning Conference Report. |
| 38 - 1 | 02/27/04 | PLF 1 Certificate of service re: Scheduling and Planning Conference Report. |
| 39 - 1 | 03/05/04 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 08/01/05; Dispositive motions deadline 09/09/05; Estimate of trial 10 days. cc: cnsl |
| 40 - 1 | 01/24/05 | DEF 4-7 motion for partial judgment on the pleadings. |
| 41 - 1 | 02/11/05 | PLF 1 Unopposed motion for extension of time until 2/25/05 to file opposition to defendant's motion for partial summary judgment on pleadings. |
| 41 - 2 | 02/14/05 | Order granting unoppo mot for ext of time until 2/25/05 to file oppo to def's mot for part sj on pleadings (41-1). cc: cnsl |
| 42 - 1 | 02/25/05 | PLF 1 Unopposed motion for extension of time until 3/15/05 to oppose defendants mot for part sj. |
| 42 - 2 | 02/25/05 | Order granting unopposed motion for extension of time until 3/15/05 to oppose def's mot for part sj (42-1). cc: cnsl |
| 43 - 1 | 03/16/05 | PLF 1 opposition to DEF 4-7 motion for partial judgment on the pleadings (40-1) w/att exhs. |
| 44 - 1 | 03/16/05 | PLF 1 non-opposition to mot for ext of time. |
| 45 - 1 | 03/16/05 | PLF 1 Request for Oral Argument re: DEF 4-7 motion for partial judgment on the pleadings (40-1). |
| 46 - 1 | 03/22/05 | DEF 4-7 Unopposed motion for extension of time until 3/30/05 to file a reply to their motion for part sj. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A03-0021--CV (RRB)
                             "MICHAEL L. WALKER V CITY OF WASILLA, ET AL"

                                          For all filing dates


 Document #    Filed     Docket text

   46 -   2   03/22/05   Order granting unopposed motion for extension of time until 3/30/05 to
                         file a reply to their mot for part sj (46-1).

   47 -   1   03/30/05   DEF 2 Unopposed motion for ext of time (to 4/5/05) to file reply to
                         oppo.

   47 -   2   03/31/05   Order granting Unopposed motion for ext of time (to 4/5/05) to file
                         reply to oppo (47-1).

   48 -   1   04/04/05   DEF 1; 4-7 reply to opposition to DEF 4-7 motion for partial judgment on
                         the pleadings (40-1).

   49 -   1   05/10/05   RRB Minute Order oral argument on the mot for partial judgment (dkt 40)
                         is set for 5/27/05 at 10:30 am in courtroom #2.  cc: cnsl

   50 -   1   05/25/05   PLF 1 motion on shortened time to cont O/A on pending motion for partial
                         SJ w/att aff.

   51 -   1   05/25/05   RRB Order granting motion on shortened time to cont O/A to 6/10/05 at
                         9:00 a.m. on pending motion for partial SJ (50-1). cc: cnsl

   52 -   1   06/10/05   RRB Court Minutes [ECR: Robin Carter] Re: O/A on def's mot for partial
                         judgment (dkt 40) (held 6/10/05); def oral mot to remove State of Alaska
                         from case caption granted; matters taken under advisement. cc cnsl

   53 -   1   06/15/05   RRB Order denying motion for partial judgment on the pleadings (40-1).
                         Plf ha until 7/15/05 to fie an amended complaint.  cc: cnsl

   54 -   1   07/13/05   PLF 1 Unopposed motion for 30 day extension to amend complaint.

   55 -   1   07/15/05   RRB Order granting unopposed motion for 30 day extension until 8/15/05
                         to amend complaint (54-1).  cc: cnsl

   56 -   1   08/11/05   PLF 1 motion for extension of time until 9/14/05 to amend complaint & an
                         extension of discovery & other deadlines concurrent w/instant extension.

   57 -   1   09/02/05   PLF 1 motion to publish decision.

   58 -   1   09/09/05   PLF 1 Unopposed motion to extend all pretrial deadlines for 30 days,
                         discovery due date and dtae to file amended complaint.

   59 -   1   09/13/05   RRB Order granting unopposed motion to extend all pretrial deadlines for
                         30 days (58-1) & setting the following dates: Discovery to close
                         10/13/05; Dispositive motions deadline 11/18/05. Amended complaint due
                         10/14/05.  cc: cnsl

   60 -   1   09/14/05   RRB Order granting motion for extension of time until 9/14/05 to amend
                         complaint (56-1).  CC: CNSL

   61 -   1   10/07/05   RRB Minute Order granting motion to publish decision (57-1).  cc: cnsl

   62 -   1   10/14/05   PLF 1 Unopposed motion to extend all pretrial deadlines, discovery due
                         dates  and date to file amended complaint for thirty days.

   63 -   1   10/18/05   RRB Order granting unopposed motion to extend all pretrial deadlines,
                         discovery due dates (62-1) & setting the following dates: Discovery to
                         close 11/13/05; Dispositive motions deadline 12/18/05.  Plaintiff's

ACRS: R_VDSDX              As of 12/01/05 at 3:06 PM by GARRY                       Page 4
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0021--CV (RRB)
                          "MICHAEL L. WALKER V CITY OF WASILLA, ET AL"

                                       For all filing dates

Document #   Filed       Docket text
──────────   ─────       ───────────
                         amended complaint is due 11/14/05. All deadlines extended 30 days.  cc:
                         cnsl

   64 -  1   11/14/05    PLF 1 Unopposed motion to extned all pretrial deadlines, discovery due
                         dates  and date to file amended complaint.

   65 -  1   11/23/05    RRB Order granting unopposed motion to extned all pretrial deadlines,
                         discovery due dates (64-1) & setting the following dates: Discovery to
                         close 12/13/05; Dispositive motions deadline 01/18/06. cc: cnsl
```