Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorney for Plaintiff

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 3:15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHAEL L. WALKER,<br><br>                      Plaintiff,<br><br>vs.<br><br>THE STATE OF ALASKA; THE DEPARTMENT OF PUBLIC SAFETY FOR THE STATE OF ALASKA; THE ALASKA STATE TROOPERS; THE CITY OF WASILLA; THE WASILLA POLICE DEPARTMENT; DOUGLAS D. SONERHOLM, individually and in his official capacity as investigator with the Wasilla Police Department and as a member of the Mat-Su Drug Enforcement Unit of the Alaska State Troopers; GARY COX, individually and in his official capacity as an Alaska State Trooper; John Does 1-5, and Jane Does 1-5,<br><br>                      Defendants. | Case No. A03-021 CV (RRB) |

**NON-OPPOSED MOTION TO EXTEND DATE TO FILE AMENDED COMPLAINT**

    COMES NOW Plaintiff, Michael L. Walker, by and through counsel, Phillip Paul Weidner & Associates, Inc., and requests a five day extension of time, until December 19, 2005, in which to comply with Court's Order regarding the date to amend the complaint.

    This motion is based on the grounds that the parties have engaged in negotiations and Counsel for plaintiff and plaintiff shall be meeting on December 16, 2005 to sign the final documents.

David Knapp, Assistant Attorney General for the State of Alaska and attorney for defendants in this matter was contacted on December 14, 2005 and does not oppose this extension.

RESPECTFULLY SUBMITTED this 14th day of December, 2005.

By: _____
A. Cristina Weidner Tafs
Phillip Paul Weidner & Assoc., Inc.
330 L Street, Suite 200
Anchorage, AK 99501
Attorney for Plaintiff
Alaska Bar No. 0011089

CERTIFICATE OF SERVICE
THIS IS TO CERTIFY that a true and correct copy of the foregoing document was served via fax/hand delivery/U.S. Mail on the 14th day of ~~November~~ December, 2005 on:

David H. Knapp
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

_____

*Non-Opposed Motion To Extend Date To File Amended Complaint*
*Page 2*