Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200
Attorney for Plaintiff

LODGED
DEC 1 4 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MICHAEL L. WALKER, )
)
        Plaintiff, )
)
vs. )
)
THE STATE OF ALASKA; THE )
DEPARTMENT OF PUBLIC SAFETY )
FOR THE STATE OF ALASKA; THE )
ALASKA STATE TROOPERS; )
THE CITY OF WASILLA; )
THE WASILLA POLICE DEPARTMENT; )
DOUGLAS D. SONERHOLM, individually )
and in his official capacity as investigator ) Case No. A03-021 CV (RRB)
with the Wasilla Police Department and as a )
member of the Mat-Su Drug Enforcement )
Unit of the Alaska State Troopers; )
GARY COX, individually and in his )
official capacity as an Alaska State Trooper; )
John Does 1-5, and Jane Does 1-5, )
)
        Defendants. )
)

## ORDER

Pursuant to non-opposed motion and good cause shown,

IT IS HEREBY ORDERED that plaintiff Michael L. Walker's Non-Opposed Motion To Extend the Date to File Amended Complaint for a Period of 5 days, until December

Order Granting Non-Opposed Motion to Extend Date to Amend Complaint
Page 1 of 2

19, 2005, is GRANTED.

DATED: 12/16/05

The Honorable Ralph Beistline
U.S. District Court Judge

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a true and correct copy of the foregoing document was served via fax/hand delivery/U.S. Mail on the 14 day of December, 2005 on:

David H. Knapp
Office of the Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501

Order Granting Non-Opposed Motion to Extend Date to Amend Complaint
Page 2 of 2