FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 4: 21

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David H. Knapp
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
(907) 269-5190
Attorney for State of Alaska Department of Public Safety

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHAEL L. WALKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF ALASKA; THE ) <br> DEPARTMENT OF PUBLIC SAFETY FOR ) <br> THE STATE OF ALASKA; THE ALASKA ) <br> STATE TROOPERS; THE CITY OF ) <br> WASILLA; THE WASILLA POLICE ) <br> DEPARTMENT; DOUGLAS D. ) <br> SONERHOLM, individually and in his official ) <br> capacity as Investigator with the Wasilla Police ) <br> Department and as a member of the Mat-Su ) <br> Drug Enforcement Unit of the Alaska State ) <br> Troopers; GARY COX, individually and in his ) <br> official capacity as an Alaska State Trooper; ) <br> John Does I-5, and Jane Does 1-5 ) <br> ) <br> Defendants. ) <br> ) | Case No. A03-021 CV (RRB) <br><br> **STIPULATION OF DISMISSAL SIGNED BY ALL PARTIES** |

Come now all parties to this action, through counsel, and hereby enter into a voluntary dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

68

The dismissal is with prejudice, with each party to bear its own costs and attorney's fees.

Dated 12/16/05

Phillip P. Weidner
Counsel for Plaintiff
330 L Street, Suite 200
Anchorage, AK 99501
ABA No. 7305032

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Dated 12/20/05

David H. Knapp
Assistant Attorney General
Counsel for Defendants
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
ABA No. 8511169

FILED

DEC 2 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PD_____

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-20-05 By: _____
Deputy Clerk

12-21-05

Stip of Dismissal Signed by All Parties
*Walker v State of Alaska, et al.*
A03-021 CV
Page 2 of 2

A03-0021--CV (RRB)
----------------------------------------
P. WEIDNER (WEIDNER)
D. KNAPP (AAG-200)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100